# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:25-cr-504 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | |
| | ) | |
| GUILLERMO GARCIA-MENDOZA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

With the consent of the parties, and pursuant to General Order 99-49, this case was referred to the Magistrate Judge for the purpose of accepting a change of plea. The Magistrate Judge has filed his Report and Recommendation.  No party filed any objections.

The Court has reviewed the Magistrate Judge's Report and Recommendation and the transcript of the change of plea hearing and colloquy.  The Court finds that in his careful and thorough proceeding, the Magistrate Judge satisfied all requirements of Rule 11 of the Federal Rules of Criminal Procedure and the United States Constitution.  Defendant knowingly, intelligently, and voluntarily entered a plea of guilty to Counts 1, 2, and 3 of the information.  The Court adopts the Report and Recommendation of the Magistrate Judge.  Therefore, the Court accepts Defendant's guilty plea and enters it accordingly.

**SO ORDERED.**

Dated:  November 5, 2025

_____

            J. Philip Calabrese
            United States District Judge
            Northern District of Ohio